13CV. 9167(PGG)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

__Susan Suarez__

*(In the space above enter the full name(s) of the plaintiff(s).)*

Second Amended

## COMPLAINT

-against-

The City of New York, Detective Madden, P.O. Gonzalez, P.O. Groves, Detective Bibbens, Bialystoker Nursing Home, State Government & Federal Government

Jury Trial: ☒ Yes  ☐ No
*(check one)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/14

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  
Name: Susan Suarez  
Street Address: 70 Kenmare St #29  
County, City: NY  
State & Zip Code: N.Y. 10012  
Telephone Number: 212 498 9256

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  
Name: The City of New York  
Street Address: 100 Church Street

*Rev. 05/2010*

County, City __N.Y.C.__
State & Zip Code __NY. 10007__
Telephone Number _____

Defendant No. 2   Name __Detective Kevin Madden__
Street Address __100 Church Street__
County, City __NYC__
State & Zip Code __NY. 10007__
Telephone Number _____

Defendant No. 3   Name __Bialystoker Nursing Home__
Street Address __228 East Broadway__
County, City __N.Y.C.__
State & Zip Code __NY. 10007__
Telephone Number _____

Defendant No. 4   Name __P.O. Christin Gonzalez__
Street Address __100 Church Street__
County, City __NYC__
State & Zip Code __NY. 10007__
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __42 U.SC § 1983, violated my constitutional rights violated my Freedom of speech, Freedom of religion, eighth amendment, first, inflicted cruel + unusual punishment__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NY Family Court, with P.O acting under the color of State law, employed by The City of NY, Criminal Court NYCHA, PSA4, NY. Bellvue Hospital, NY. Downtown Hospital, & Bialystoker N.H.

B. What date and approximate time did the events giving rise to your claim(s) occur? 9/2008-present. NY Family Court 10am arrest 12/10/08, Criminal Ct 1/30/10 arrest, assault, attempt to kill me in 286 South St. about 7:30pm. NYCHA, PSA4

C. Facts:

**What happened to you?**

Please see attached typed response. My injuries were caused by The City of New York. The City of New York, Bialystoker Nursing Home, State & federal government failed to control its employees, failed to screen for violent propensities, failed to train

**Who did what?**

employees to behave in a lawful manner, failed to periodically test employees such as plaintiffs assailant(s) for violent propensities and failed to test & examine

**Was anyone else involved?**

employees such as defendants, arresting officers for emotional stability, and caused me serious and permanent injuries. The City of New York, through its agents & employees as above mentioned

**Who else saw what happened?**

without any cause or provocation by plaintiff caused my injuries and for me to be in a wheelchair.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Damage to my spine, nerve damage on my spine, broken nose, broken knees, broken ribs, broken ligaments, physical and psychological torture & torment, broken fingers, loss of vision, loss of hearing, contusions, trauma to my head, lacerations, damage on my ankles, damage to left & right arm, hand, elbow, shoulders. PTSD, I've had several surgeries, need additional surgeries. Still under Medical Care. Internal deterioration. I have permanent injuries. I am in a wheelchair. Medical documentation upon request

Rev. 05/2010

V.   **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Seeking Compensatory damages & punitive damages, for my pain & suffering, for battery and assault, negligence, false arrests, malicious prosecution for causing my disabilities and leaving me in a wheel chair, for violation of my constitutional rights, for false and altered police preports, for taking away my freedom of speech, freedom of religion freedom to see my dying mother. The defendants are liable and monetary compensation of 200 million is sought. I would like injunctive relief from the judges & hearing officers who are not functioning within their scope & I would like declaratory relief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of July, 2014.

Signature of Plaintiff

Mailing Address   70 - Kenmare St #29
                  NY  NY  10012

Telephone Number   212 498 9256

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT OF NEW YORK

Susan Suarez

13 Civ. 9167 (PGG)

(In the space above enter the full name(s) of the plaintiff(s)

-against-

Second AMENDED COMPLAINT

The City of New York
Bialystoker Nursing Home
Detective Madden, P.O. Gonzalez
P.O. Groves, Detective Bibbens.
State government & Federal government

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the Caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

My claim is that on January 30, 2010, approximately 7:30pm, at NYCHA Project, in apartment 2A, at 286 South Street; Police Officers acting under color of State law in the course and general scope of their employment with The City of New York, intentionally attempted to kill me, they deliberately assaulted, battered, falsely arrested me, and violated my constitutional rights.

In the false and altered police arrest report of January 30, 2010, it stated that I am a black Hispanic; this leads me to believe that information was given to the Police Officer Christin Gonzalez, who is Jacqueline Suarez Rivera's friend. I am a white skin Hispanic. Police Officer Christin Gonzalez had me falsely placed under arrest without probable cause as a personal favor to her friend Jacqueline Suarez Rivera.

My case was sealed and dismissed on December 9, 2010, yet Detective Bibbens continues to circulate the false and altered police reports to various precincts, and violating my constitutional rights.

My claim is that on December 10, 2008, approximately 10:00am, Detective Kevin Madden, shield 02725, acting under the color of State law in the course and employment with The City of New York, arrested me on false charges conspired and conjured up with Bialystoker and kept me in a cell for thirteen hours, and violated my constitutional rights. Detective Kevin Madden is friends with William Rivera and Jacqueline Suarez and they conspired to have me arrested to prevent me from reporting the crimes committed against my mother and me. Bialystoker Nursing Home conspired with Detective Kevin Madden and my family members to cover their crimes and collect the monies from State and Federal government.

My claim is that Bialystoker Nursing Home and its employees are liable for violating my constitutional rights since they acted under the scope of State government, Federal government, and the Executive Order from the President of the United States. In addition, the State and Federal government is liable for violating my constitutional rights too. Bialystoker Nursing Home used its coercive power to manipulate and conspire to have me arrested and to violate my constitutional rights.

My first amendment, eighth amendment, and my constitutional rights were violated. The City of New York and its Police Officers, and Bialystoker Nursing Home should be liable for compensatory damages and punitive damages.

A. **Where did the events giving rise to your claim(s) occur?**

The events giving rise to my claim occurred in New York Family Court of the State of New York, County of New York; with Police Officers acting under the color of state law in the course and employment with The City of New York, Criminal Court of The City of New York, New York City Housing Authority, New York PSA 4 precinct, New York Bellevue Hospital, New York Downtown Hospital, and Bialystoker Nursing Home.

B.      **What date and approximate time did the events giving rise to your claim(s) occur?**

On January 30, 2010, approximately 7:30pm, at NYCHA Project, in apartment 2A, at 286 South Street, Officer Groves, Police Officer Christin Gonzalez, and other Police Officers acting under color of state law in the course and general scope of their employment with The City of New York intentionally attempted to kill me, they deliberately assaulted, battered, and falsely arrested me.

On December 9, 2010, the case was sealed and dismissed, prosecution declined.

Family Court of the State of New York; County of New York, Criminal Court of The City of New York, New York City Housing Authority, police officers of The City of New York, and Bialystoker Nursing Home, used the system for malicious prosecution and abused the process, and violated my constitutional rights.

On December 10, 2008, approximately 10:00am, Detective Kevin Madden arrested me on false charges in New York Family Court of the State of New York; County of New York and kept me in a cell for thirteen hours.

On August 18, 2009, the case was sealed and dismissed, prosecution declined

I reported physical abuse, verbal abuse, and medical abuse committed on my mother, Rosa Suarez, by Bialystoker and they used the system to have me arrested in order to get me out of the way and continue their abuse to collect State funds.

Bialystoker Nursing home took away my right to see my dying mother, took away my religious freedom by not allowing me to read the bible or fellowship to her, penalized me for my freedom of speech to report crimes, they used their corrupt power to have me incarcerated.

Bialystoker used cruel and unusual punishment by taking away my rights and not allowing me to see my dying mother.

Bialystoker Nursing Home impeded me from exercising my freedom of religion with my mother.

Bialystoker Nursing Home inflicted cruel and unusual punishment, and tortured me mentally and physically by denying me the right to see my dying mother and for using their power to falsely have me arrested.

The last time I was physically in Bialystoker was on September 19, 2008, when I witnessed my mother having a seizure and they refused to provide medical attention for my mother. Bialystoker filed false police reports and had Detective Kevin Madden arrest me three months later on December 10, 2008 in Family Court.

From the time that Bialystoker took away my right to see my mother, and they had Detective Madden arrest me, I have been ill, tormented and tortured mentally, physically, emotionally, and I will never be able to get back the time with my mother.

Bialystoker accepted my mother's Medicaid, Medicare, and SSI funds in order to keep her in their facility.

My mother, Rosa Suarez expired January 27, 2009.

Bialystoker and its employees acted under the scope of State, Federal, and the Executive Order from the President of the United States when they violated my constitutional rights.

I filed complaints with various State Organizations of the physical abuse, verbal abuse, and crimes that were committed on my mother and me, yet they turned a blind eye and allowed the corruption to continue.

I have never made any claim that is frivolous or malicious and I have evidence and witnesses to prove everything that I have stated. I have never had any disputes with my family members about the care of my mother, I reported crimes being committed on my mother, and me and they used the judicial system to come after me to try to stop me from reporting the crimes.

I am a Teacher, a grandmother, and I have never committed a crime, I had a Health Care Proxy and Power of Attorney for my mother Rosa Suarez.

The moment I began reporting crimes committed by Bialystoker, my family members used their Police Officer friends, the judicial system, and conspired with Bialystoker to have me arrested or killed just to try to silence me

As a result, I sustained severe injury and considerable pain and suffering, I was confined to bed and home, was compelled to seek medical care and incur expenses, shock tension and embarrassment, was prevented from attending to my usual duties, sustained loss of employment, my injuries are permanent, and I will continue to sustain similar damages in the future.

C.      Facts:
New York City police officers, New York Family Court judges, hearing officers, New York Criminal Court, New York Bialystoker Nursing Home, New York City Housing Authority, New York Bellevue Hospital, and New York Downtown Hospital violated and failed to protect my federally protected rights.

I have been quite ill from the 2008 arrest, and from the 2010 assault. I have feared for my life and the life of my grandchildren to come forward with all this but if anything should happen to me, I know that at least the truth is documented. In addition, it has been a long arduous physical recovery from all my injuries and surgeries. I will never recover from all my injuries and I know that I have a list of surgeries to contend with, but I pray that the court will not dismiss my case and will give me some sort of justice and relief.

1 September 2008 to present I have been a victim of judicial corruption and malicious prosecution.

2. I reported fraudulent activities and physical abuse committed on my mother by New York Bialystoker Nursing Home, Jacqueline Suarez Rivera, William Rivera, Patricia Suarez Galletto, Louiggino Galletto, Alan Suarez, and Raymond Suarez.

Jacqueline Suarez Rivera and her husband William Rivera used their children to obtain false Orders of Protection against me.

I filed a complaint on New York Family Court Judge Lori Sattler, and she banned me from filing and receiving an Order of Protection and she transferred the case to New York Family Court Hearing Officer George Jurow.

New York Family Court Judge Lori Sattler empowered two drug dealers with Orders of Protection that caused my mother's demise; my father's kidnapping, and led to the attempt on my life, assault, and arrest.

New York Family Court Hearing Officer George Jurow banned me from filing, banned me from having the trial heard by a Judge, he gave a two year Order of Protection to Jacqueline Suarez Rivera based on false testimonies, refused to open the case based on new evidence.

After the January 30, 2010 assault, it left me in a wheel chair with permanent injuries, I have gone through a series of surgeries, and I am never without a home attendant, yet they continue to prosecute me without any evidence.
I had a Criminal Court appointed lawyer by the name of Robert Jones who intimidated me, cursed at me, and screamed at me while in a wheel chair in front of my Home Attendant for not taking the "deals" being offered.

On or about April 22, 2010, ADA Monusky, came running from the Criminal Court to McDonalds at 317 Broadway in response to Jacqueline's call to him that I was in violation of her Order of Protection. He insisted to the Sergeant to have me arrested, meanwhile 911 calls had been placed by staff and other patrons stating that they had witnessed a lady in a wheelchair being threatened. The lady in the wheelchair was me. The sergeant refused to arrest me because about 20 witnesses were stating that I was the one being threatened.

ADA Monusky dragged the case for almost a year while I was in a wheelchair due to the assault. My freedom of speech was taken away when I reported crimes, judicial corruption, and when I filed complaints against the judges, and Detective Kevin Madden.

Jacqueline Suarez Rivera filed in New York Family Court that I violated the Order of Protection right before it expired and her lawyer Mr. Brian Carley insisted to have me arrested without a trial in front of Judge Hoffman.

The case was on for January 7, 2014; Jacqueline Suarez Rivera was a no show.

The new evidence was banned by Hearing Officer George Jurow is a NYCHA case study of fraud on Jacqueline Suarez Rivera and William Rivera and it is on the internet.

3. On January 30, 2010, Police Officers deliberately battered, and assaulted me and allowed my sister Jacqueline Suarez Rivera to assault me in apartment 2A, at 286 South Street, New York, N.Y. 10007.

The witness walked into apartment 2A, at 286 South Street, while the Police Officers and my sister were assaulting me. The Police Officers assaulted and arrested the witness.

The Police Officers charged us with a series of false crimes including assaulting my fifteen-year-old niece who was not in the apartment on January 30, 2010.

Jacqueline Suarez, and her daughter Alexis Rivera did not have any injuries and they took themselves to the hospital four hours later from the time of the incident.

4. On January 30, 2010, the paramedics carried me unconscious on a stretcher shackled and handcuffed to the ambulance. During my entire imprisonment, I was shackled and handcuffed.

5. On January 31, 2010, Officer Christin Gonzalez in PSA 4 stripped searched me in front of Officer Groves, and left me in the cell with my top under garments and refused to give me my clothes.

6. On January 31, 2010, Officer Groves, and Officer Gonzalez in PSA 4 precinct battered and assaulted me. While being transferred from the cell, the witness saw the Police Officers assaulting me

7. On January 31, 2010, Officer Groves battered and assaulted me near Central booking. Officer Santana was a witness.

8. On January 31, 2010, Officer Groves in Bellevue Hospital broke my wrist while handcuffed to the hospital bed and he tightened the shackles on my ankles.

9. Detective Bibbens of the seventh precinct sent the false arrest record of January 30, 2010 to various precincts after it was sealed and dismissed.

10. On or about October 20, 2008, Bialystoker filed a second false police report in order to have me arrested.

11. September 19, 2008, was the last time that Bialystoker Nursing Home allowed me in their facility and gave me permission to take my mother out of their nursing home. My mother did not die on September 19, 2008, because I rushed her to the emergency room.

12. On December 10, 2008, Detective Madden falsely arrested me in Family Court and held me in a cell for thirteen hours.

UNITED STATES DISTRICT COURT OF NEW YORK

_SUSAN Suarez_                                    13 Civ. 9167 (LAD)

(In the space above enter the full name(s) of the plaintiff(s)

**AMENDED COMPLAINT**

-against-

_The City of New York_
_New York Bialystoker_
_Nursing Home_

### III. Statement of Claim:

State as briefly as possible the _facts_ of your case. Describe how each of the defendants named in the Caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

**A. Where did the events giving rise to your claim(s) occur?**

The events giving rise to my claim occurred in New York Family Court, New York Criminal Court, New York City Housing Authority, New York PSA 4 precinct, New York Bellvue Hospital, New York Downtown Hospital, New York Bialystoker Nursing Home, and New York City police officers.

**B. What date and approximate time did the events giving rise to your claim(s) occur?**

On January 30, 2010, approximately at 7:30pm, at NYCHA Project, 286 South Street, and I was falsely arrested.

On December 9, 2010, the case was sealed and dismissed, prosecution declined.

On December 10, 2008, approximately at 10am, in New York Family Court, and I was falsely arrested.

On August 18, 2009, the case was sealed and dismissed, prosecution declined

**C. Facts:**
New York City police officers, New York Family Court judges, hearing officers, New York Criminal Court, New York Bialystoker Nursing Home, New York City Housing Authority, New York Bellvue Hospital, and New York Downtown Hospital violated and failed to protect my federally protected rights.

I have been quite ill from the 2008 arrest, and from the 2010 assault. I have feared for my life and the life of my grandchildren to come forward with all this but if anything should happen to me, I know that at least it will be documented. In addition, it has been a long arduous physical recovery from all my injuries and

surgeries. I will never recover from all my injuries and I know that I have a list of surgeries to contend with, but I pray that the court will not dismiss my case and will give me some sort of justice and relief.

1. From September, 2008 to present I have been a victim of Judicial corruption and malicious prosecution.

2. I reported fraudulent activities and physical abuse committed on my mother by New York Bialystoker Nursing Home, Jacqueline Suarez Rivera, William Rivera, Patricia Suarez Galletto, Louiggino Galletto, Alan Suarez, and Raymond Suarez.

Jacqueline Suarez Rivera and her husband William Rivera used their children to obtain false Orders of Protection against me.

I filed a complaint on New York Family Court Judge Lori Sattler, and she banned me from filing and receiving an Order of Protection and the case was transferred to New York Family Court Hearing Officer George Jurow.

New York Family Court Judge Lori Sattler empowered two drug dealers with Orders of Protection that caused my mother's demise and led to the attempt on my life and assault.

New York Family Court Hearing Officer George Jurow banned me from filing, banned me from having the trial heard by a Judge, he gave a two year Order of Protection to Jacqueline Suarez Rivera based on lies, refused to open the case based on new evidence.

After the January 30, 2010 assault, it left me in a wheel chair with permanent injuries, I have gone through a series of surgeries, and I am never without a home attendant, yet they continue to prosecute me without any evidence.

Jacqueline Suarez Rivera filed in New York Family Court that I violated the Order of Protection right before it expired and her lawyer Mr. Carley insisted to have me arrested without a trial in front of Judge Hoffman.

The case was on for January 7, 2014; Jacqueline Suarez Rivera was a no show.

The new evidence that was banned by Hearing Officer George Jurow is a NYCHA case study of fraud on Jacqueline Suarez Rivera and William Rivera and it is on the internet.

3. On January 30, 2010, I was setup to be killed, and I was deliberately battered, and assaulted by police officers, and my sister Jacqueline Suarez Rivera in apartment 2A, at 286 South Street, New York, N.Y. 10007.

Mr. Abdul Ibrahim walked in while the police and my sister were assaulting me. He was assaulted and arrested.

We were charged with a series of crimes including assaulting my fifteen-year-old niece who was not in the apartment.

Jacqueline Suarez, and her daughter Alexis Rivera did not have any injuries and they took themselves to the hospital four hours later from the time of the incident.

4. On January 30, 2010, the paramedics carried me unconscious on a stretcher shackled and handcuffed to the ambulance. During my entire imprisonment, I was shackled and handcuffed.

5. On January 31, 2010, Officer Gonzalez stripped searched me in front of Officer Groves, and left me in the cell with my top under garments and refused to give me my clothes.

6. On January 31, 2010, Officer Groves, and Officer Gonzalez in PSA 4 precinct battered and assaulted me. Mr. Abdul Ibrahim was a witness to this assault during the time that of his imprisonment.

7. On January 31, 2010, Officer Groves battered and assaulted me near Central booking. Officer Santana was a witness.

8. On January 31, 2010, Officer Groves in Bellvue Hospital broke my wrist as I was handcuffed to the hospital bed and he tightened the shackles on my ankles.

9. Detective Bibbens from the 7th precinct sent the false arrest record of January 30, 2010 to various precincts after it was sealed and dismissed.

10. On October 20, 2008, Bialystoker filed a second false police report in order to have me arrested.

11. September 19, 2008, was the last time that I was in Bialystoker.

12. On December 10, 2008, I was arrested in Family Court by Detective Madden and held in the cell

c. On or about 5/14/2010, ADA Monusky came out running to have me arrested in Mcdonald located at 317 Broadway Jacqueline Suarez Rivera called him and told him that I was in violation of her

Order of protection when in fact the staff and patrons came to my aid when she tried to attack me while in my wheelchair. The sargeant refused to arrest me because their were witnesses that came forward on my behalf. even though ADA Monusky was insisting.

My daughter, my home attendant, and a friend were with me during a lunch break from a scheduled New York Family Court date.

B. 1/30/2010, 7am N.Y. Bellvue Hospital, 1/30/2010 8pm in New York Downtown Hospital, 9/2008, 10am in New York Bialystoker Nursing home, 9/2008 thru present. New York City police officers - 7th precinct.
12/10/2008, 10am in New York Family Court.

A. New York PSA4 precinct, New York Bellvue Hospital, New York Downtown Hospital, New York Bialystoker Nursing Home, and New York City - police officers, employees, and it's affiliates

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like the court to compensate me 60 million dollars due to The City of New York taking away my ability to provide for myself as Teacher, for causing my injuries and all my pain and suffering. For battery and assault, negligence, false arrest, malicious prosecution, for causing my disabilities and leaving me in a wheel chair. I would like to be granted. 20 million from NY. Bialystoker Nursing home for false police reports, for banning me from seeing my mother, for having me arrested almost three month later on lie. I would like injunctive relief from these judges who are not functioning within their scope and I would like declaratory relief. Thank you.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of May, 2014

Signature of Plaintiff

Mailing Address 70 Kenmare St #2A
NY, NY 10012

Telephone Number 212 498-9256

Fax Number *(if you have one)* none.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 12/2009*                                     4

CRIMINAL COURT OF THE CITY OF NEW YORK  
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION  
NUMBER: 339257

THE PEOPLE OF THE STATE OF NEW YORK  
VS

SUAREZ, SUSAN  
Defendant

07/20/1957  
Date of Birth

286 SOUTH STREET  
Address

7421992O  
NYSID Number

NY                              NY  
City            State     Zip

01/30/2010  
Date of Arrest/Issue

Docket Number: 2010NY008766

Summons No:

140.25  140.25  
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 12/09/2010 | DISMISSED - MOTION OF DA | YAVINSKY, M | D |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY         _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FANELLI, R  
COURT OFFICIAL SIGNATURE AND SEAL

11/06/2013  
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 219901

THE PEOPLE OF THE STATE OF NEW YORK
    VS

SUAREZ, SUSAN
Defendant

07/20/1957
Date of Birth

70 KENMARE STRE
Address

74219920
NYSID Number

MANHATTAN          NY    10012
City             State    Zip

12/10/2008
Date of Arrest/Issue

Docket Number: 2009NY000159

Summons No:

240.50  140.10
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 08/18/2009 | DISMISSED AND SEALED | NERVO, F | A |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY     _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

   I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FANELLI, R
COURT OFFICIAL SIGNATURE AND SEAL

12/09/2010
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



Pursuant to Section ... of the CPL